AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
David Scott Stapp

)
)
)
)
)
)

**Case: 1:23-mj-00199**
**Assigned To : Harvey, G. Michael**
**Assign. Date : 8/8/2023**
**Description: Complaint W/ Arrest Warrant**

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  David Scott Stapp                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.08 10:51:45 -04'00'

Date:     08/08/2023

*Issuing officer's signature*

City and state:           Washington, D.C.                           G. Michael Harvey, U.S. Magistrate Judge
                                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/14/23 , and the person was arrested on *(date)* 8/14/23 at *(city and state)* Medina, OH . |
| Date: 8/14/23                    _____  *Arresting officer's signature* |
|                    SSRA Douglas E. Pomini  *Printed name and title* |