#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SCOTT STAPP,<br>     *Defendant*. | Case No.: 23-cr-275 (JMC) |

#### JOINT MOTION TO CONTINUE
#### DEFENDANT'S SENTENCING

Both parties, David Scott Stapp through counsel and the United States of America through counsel, respectfully submit this motion and accompanying Order asking the Court to briefly continue the Sentencing hearing currently docketed for June 20, 2024, at 11:00 a.m. In support thereof, the parties state as follows:

#### DISCUSSION

The parties jointly request additional time to investigate and confer on matters that could be relevant to the sentence in this case. To facilitate this effort, the parties jointly move to continue Mr. Stapp's Sentencing hearing and the corresponding briefing schedule.

Currently, the briefing schedule is as follows: the parties' respective objections and corrections to the Draft Presentence Investigation Report are due May 30, 2024, Dkt. 40, and their corresponding sentencing memorandums are due no later than June 5, 2024, with any responses due no later than June 12, 2024. *See* Min. Order, 02/21/2024. Mr. Stapp's Sentencing hearing is currently set for June 20, 2024, at 11:00 a.m..

Without assuming the availability of the Court's docket, the parties propose to reach out to the Court directly, no later than October 4, 2024, to suggest new dates for both the sentencing hearing and briefing schedule.

1

## CONCLUSION

In light of the aforementioned reasons, the parties respectfully ask this Court to enter the attached Order striking the June 20, 2024 Sentencing Hearing and accompanying briefing schedule from the docket in the above-captioned matter; and directing the parties to file with the Court, no later than October 4, 2024, a joint schedule of proposed dates to reset both the Sentencing Hearing and related briefing schedule.

    Respectfully Submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:  */s/ Julie Bessler*
    JULIE BESSLER
    Assistant United States Attorney
    United States Attorney's Office for the
    District of Columbia
    Pennsylvania Bar No. 328887
    Julie.bessler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing document was filed electronically with the Clerk of the Court using the ECF system, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

    */s/ Julie Bessler*
    JULIE BESSLER
    Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID SCOTT STAPP,<br>                *Defendant*. | Case No.: 23-cr-275 (JMC) |

## **ORDER**

THIS MATTER comes before the Court on the parties' Joint Motion To Continue Defendant's Sentencing, currently docked for June 20, 2024 at 11:00 a.m..

And it APPEARING to the Court that good cause has been shown, considering the representations made by counsel, to continue Defendant's Sentencing Hearing and accompanying briefing schedule; it is thereby

ORDERED that the Defendant's Sentencing Hearing presently scheduled for June 20, 2024, and the related deadlines to file the parties' respective Objections & Corrections to the PSR and their related Positions on Sentencing is STRICKEN and VACATED from the docket in the above-captioned matter;

It is FURTHER ORDERED that the parties confer and file, no later than October 4, 2024, a proposed schedule of dates to reset both the briefing schedule and Sentencing Hearing.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this \_\_\_\_ day of _____, 2024.

_____
United States District Court Judge