**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 23-cr-275 (JMC) |
| | : | |
| **DAVID SCOTT STAPP,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant David Scott Stapp, by and through his attorney, respectfully submit this joint status report with available dates for a sentencing hearing in this case. The parties sincerely apologize to the Court for the delay in filing this status report.

The parties are available for a sentencing hearing on:

December 3 (available except for 1:00PM)
December 4–6 (available anytime)
December 9–10 (available anytime)
December 11 (available except for 9:30AM)
December 12–13 (available anytime)

The parties would request that the Court order sentencing memos be filed 14 days before the hearing date and responses, if any, be filed 7 days before the hearing date.

//

//

//

1

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Terence Parker*
       TERENCE PARKER
       Trial Attorney (detailee)
       U.S. Attorney's Office for the District of Columbia
       New York Bar No. 5775192
       Terence.Parker3@usdoj.gov
       (202) 803-1600

       /s/ *Sara E. Levine*
       SARA E. LEVINE
       Assistant United States Attorney
       VA Bar No. 98972
       601 D Street NW
       Washington, DC 20530
       sara.levine@usdoj.gov
       (202) 252-1793

*Counsel for the United States*


       /s/ Nathan I. Silver II
       Unified Bar #944314
       6300 Orchid Drive
       Bethesda, MD 20817
       (301) 229-0189 (direct)
       (301) 229-3625 (fax)
       Email: nisquire@aol.com

*Counsel for the Defendant*

2