UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )  USDC No. 23-cr-275-02 (JMC) |
| | ) |
| David Stapp, *defendant.* | ) |

UNOPPOSED MOTION TO CONTINUE SENTENCIING

Defendant, through undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, and with the consent of defendants and the United States, respectfully moves to continue the sentencing hearing scheduled by videoteleconference for December 3, 2024 at 2 o'clock p.m., to a date in early 2025, January or otherwise, convenient to the Court and the parties.

The defendant has advised his counsel that he has provisionally scheduled to assist rescue and rebuilding efforts in Ashville, NC, which suffered devastating damage and loss resulting from Hurricane Helene, which struck the area at the end of September this past year. The defendant has been in contact with the program offering assistance, Savage Freedoms Relief Operations, which is run by a friend from the defendant's military service. The organization has a website on Facebook.

At counsel's request, the defendant provided written information, which was forwarded to the government. An excerpt reads,

"I have been in coordination with an old Military friend of mine who is volunteering in the NC disaster area to come up and help. Up until now his operation (Savage Freedoms Relief Operations) has had enough help for their current mission but will be needing backfill soon. As of now its looking like I would be heading

up there just before thanksgiving. I lost friends, family and everything I owned in hurricane Katrina and know what those people are going through." (Email from defendant to counsel, Nov. 7, 2024)[1]

The defendant's work and experience in the military, both as an aviator and on the ground, equip him to providing assistance in the Asheville area. He expects to be in North Carolina for a month or longer. That would put him well past the December 3 sentencing date.

The government, after receiving information from counsel about defendant's intentions, does not oppose his request to continue the sentencing.

Even though the sentencing hearing will be conducted remotely, given the defendant's circumstances and his desire to be as prepared for sentencing as possible, he seeks a continuance of the hearing so he can have the work in Asheville behind him.

For the reasons stated above, the defendant seeks a continuance of his sentencing and a rescheduling for the parties for the dates of submission of sentencing memoranda.[2]

A proposed Order is attached.

WHEREFORE, the defendants move the Court to grant said relief.

This pleading is,


Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, II

---

[1] The defendant also offered to speak with the government to answer questions it might have of him. Counsel conveyed this offer directly to AUSA Parker.

[2] Counsel advises that he is **unavailable** on the following dates and times in early 2025: January 10 (11 am to noon); Jan. 30 (10:30 am to noon); February 3 (9:30 to 11 a.m.); and Feb. 10-12 (set for trial before this Court).

Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on asst. U.S. Attorneys Terence Parker and Sara Levine, attorneys of record, U.S. Attorney's Office for the District of Columbia, this 12th day of November, 2024.

*Nathan I. Silver*

_____
*Nathan I. Silver, II*