UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v.              ) | USDC No. 23-cr-275-02 (JMC) |
| ) | |
| David Scott Stapp, *defendant.*  ) | |

MOTION FOR TRAVEL
AND TEMPORARY RETURN OF PASSPORT
(MODIFIED)

THE DEFENDANT, through undersigned counsel Nathan I. Silver, Esq., ("counsel") as attorney of record appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit his international travel from January 12, 2025 through January 31, 2025.

The defendant recognizes the concerns the Court and government had in respect of the previous Motion (Minute Order, 12/31/2024 and ECF No. 109, respectively).

The defendant now has a more limited opportunity, to travel for a three-week long period for the same work, i.e., "as an evaluator and instructor of pilots for the Kingdom of Bahrain. The pilots for that Gulf country will fly C-130 transports. The defendant is an experienced pilot with decades of flying experience, in both military and civilian aviation." (Motion for Travel and Tempoary Return of Passport, ECF Doc. 108, filed Dec. 24, 2024) ("Motion") He meets the requirements that are identified in the description of the position. (Exhibit, Id.) The position offers considerable remuneration for those persons chosen and an opportunity the defendant would not wish to pass up.

Being able to take advantage of this opportunity may lead to similar employment in the future. As the defendant is now retired from the United States Air Force, this may provide needed remuneration for himself and his family.

By returning from travel on January 31, 2025, he eliminates the legal issue of whether or not the Court would have jurisdiction to sentence him if he were to appear remotely for his hearing on Feb. 6, 2025, first raised by the government in its opposition. (ECF Doc. 109) The defendant pledges to provide to Pretrial Services his travel arrangements, including flight and hotel accommodations, and contact information as needed.

The defendant thus renews his request for both permission to travel internationally and the temporary return of his passport.[1]

Counsel has contacted the government by email and text message and has also sent a draft of this motion to the attorneys of record to ascertain the government's position. The government continues to oppose the travel request "on such short notice with his sentencing pending." (Text message from asst. U.S. Attorney Sara E. Levine)

The defendant has no criminal record, has taken responsibility for his conduct in this case, and has complied completely with both the terms of his plea agreement and his pretrial release conditions. The defendant submits that the Court can have full confidence in the his compliance with the Court's order, if given, to permit his travel.

A proposed Order is attached.

This pleading is,

                                              Respectfully submitted,

---

[1] The defendant's Pretrial Services officer has informed the defendant that the passport is in the Mississippi office which supervises him on a courtesy basis to this Court. Hence, it will not be difficult for the defendant to obtain it for travel and then return it when the travel concludes.

*Nathan I. Silver*
NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
(240) 441-1199 (cell)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon assistant U.S. Attorney Terence Parker, U.S. Attorney's Office for the District of Columbia, Capital Siege Section, attorney of record for the government, this 8th day of January, 2025.

                                          _____*Nathan I. Silver*_____