UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )    USDC No. 23-cr-275-02 (JMC) |
| | ) |
| David Scott Stapp  *defendant* | ) |

NOTICE

The Court's Minute Order of January 8, 2025, requires the defendant, through counsel, to advise the Court of the position of the Pretrial Services Agency ("PSA") regarding the defendant's request to travel internationally.

Counsel has spoken with PSA Off. Renee Williams, who is the supervisory officer for PSA Off. Britney Dahlkoetter, the officer assigned to the defendant's case. (Off. Dahlkoetter is on leave and not available to provide that information.)

Off. Williams informed counsel that it is the policy of PSA not to take a position on whether or not the Court should grant or deny a request for international travel. She explained that as the pretrial release conditions require a defendant to obtain Court permission before international travel, it is the policy of PSA simply to defer to the Court when such requests are made.

Counsel for defendant will seek from the defendant and file separately, as required by the Court's Minute Order, documentation of the employment offer.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II

Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Terence Andrew Parker, Esq., and Sara E. Levine, Esq., attorneys of record, U.S. Attorney's Office of the District of Columbia, this 8th day of January 2025.

/s/
_____
*Nathan I. Silver, II*
